

# TODD AUSTIN GRAHAM, MD | CURRICULUM VITAE
nwscheduling@mcn.com | 206.219.4950

**EDUCATION:**

Northwestern University Medical School
Chicago, Illinois
Doctor of Medicine, June 1986

University of Illinois
Champaign-Urbana, Illinois
B.S. Chemistry and Honors Biology, May 1982

**PROFESSIONAL TRAINING:**

Physical Medicine and Rehabilitation
Residency
Northwestern University
Rehabilitation Institute of Chicago
Chicago, Illinois
July 1987-June 1990

Transitional Internship
Swedish Covenant Hospital
Chicago, Illinois
July 1986-June 1987

**PROFESSIONAL EXPERIENCE:**

Partner
South Bend Orthopaedic Associates, Inc.
July 2012-Present

Executive Committee
South Bend Orthopaedics Associates, Inc.
January 2014-Present

President and Founder
Physical Medicine & Rehabilitation Specialists, P.C.
July 1990-June 2012

Medical Director
Rehabilitation Services
St. Joseph Regional Medical Center
South Bend, Indiana
July 1991-present

LINA 01

APPENDIX I

Consultant Physiatrist
Holy Cross Care and Rehabilitation
Subacute Unit
South Bend, Indiana
February 1994-1999

Consultant Physiatrist
Greencroft Subacute Unit
Goshen, Indiana
November 1995-2003

Consultant Physiatrist
Center for Industrial Rehabilitation
St. Joseph Regional Medical Center
South Bend, Indiana
April 1991-1993

Consultant Physiatrist
Transitional Living Center
Healthwin Hospital
South Bend, Indiana
April 1992-September 1995

Medical Director
Rehab Center
Elkhart General Hospital
Elkhart, Indiana
July 1993-2003

Consultant Physiatrist
TheraTx
Cardinal Meridian Nursing Home
South Bend, Indiana
January 1993-January 1994

The Scholl Fellowship in Rehabilitation Research
Rehabilitation Institute of Chicago
Northwestern University-McGaw Medical Center
Chicago, Illinois
June 1990

Chief Resident
Department of Physical Medicine and Rehabilitation
Rehabilitation Institute of Chicago
Northwestern University-McGaw
Medical Center
Chicago, Illinois
July 1989-December 1989

Preparticipation Physical Examinations
Chicago Bruisers
Arena Football League
May 1987

Preparticipation Physical Examinations for College Athletes
Northwestern University

LINA 02

Chicago, Illinois
April 1987

Team Physician, Football Sideline Coverage
Niles West High School
Notre Dame High School
Niles, Illinois
Fall 1986

Research Assistant
Department of Environment Chemistry
University of Illinois
Champaign-Urbana, Illinois
1980-1981

**HONORS:**

Phi Beta Kappa
University of Illinois
1982

Phi Kappa Phi
University of Illinois
1980

Phi Eta Sigma Honor Society
University of Illinois
1979

Alpha Lambda Delta Honor Society
University of Illinois
1979

Valedictorian
Athens High School
1978

**DIPLOMATE:**

American Board of Physical Medicine & Rehabilitation
Pain Medicine Subspecialty
2004 to 2014: Recertification 2014-2024

American Board of Electro Diagnostic Medicine; 1995
Recertification; 2005 to 2015

American Board of Physical Medicine and Rehabilitation
1991

National Board of Medical Examiners
1987

**PROFESSIONAL SOCIETIES & ORGANIZATIONS:**

American Academy of Physical Medicine & Rehabilitation

LINA 03

Association of Academic Physiatrists

American Associations of Neuromuscular and Electro Diagnostic Medicine

Indiana State Medical Society

St. Joseph County Medical Society

The Summit Club; Board of Directors
2004 to present

The Stanley Clark School; Board of Directors
2001 to 2005

The South Bend Symphony; Board of Directors
2002 to 2004

Madison Center; Madison Center Foundation
Board of Directors; 1992 to 1996

American Cancer Society: St. Joseph County Unit
Board of Directors; Rehabilitation Chairperson
1992 to 1994

## PROFESSIONAL COMMITTEES:

Oncology Committee
St. Joseph Regional Medical Center
South Bend, Indiana
2006 to present

Rehabilitation Committee
St. Joseph Regional Medical Center
South Bend, Indiana
1990 to present

Rehab Advisory Committee
Elkhart General Hospital
Elkhart, Indiana
1993 to 2003

Utilization Management Committee, Chairperson
Elkhart General Hospital
Elkhart, Indiana
1997 to 2002

Physical Medicine and Rehabilitation
Fellowship TaskForce
Resident Physician Council Representative
American Academy of Physical Medicine and Rehabilitation
January 1989 to December 1989

Rehabilitation Institute of Chicago
Chicago, Illinois; 1987-1989
- Communication Committee
- Resident Advisory Committee

LINA 04

- Medical Education Committee
- Resident Review Committee
- Resident research Committee

American Academy of Physical Medicine and Rehabilitation
Resident Physician Council; 1988 to 1989
- Operations and Bylaws Committee, Chairperson
- Medical Education Committee
- Nominating Committee

Illinois Society of Physical Medicine and Rehabilitation, 1986 to 1989
- Resident Liaison, Chairperson
- Awards Committee

## PUBLICATIONS & PRESENTATIONS (partial listing):

Neuropharmacologic Management of Cognitive Dysfunction
Elkhart General Hospital
March, 1995

Overview of Electromyography
St. Joseph Regional Medical Center
South Bend, Indiana
December 1994

Pharmacologic Management in TBI Rehabilitation Center
St. Joseph Regional Medical Center
South Bend, Indiana
November 1994

Pathophysiology and Management of Bladder Dysfunction
Rehab Center
Elkhart General Hospital
August 1993

Stroke Rehabilitation; Education Center
St. Joseph Regional Medical Center
South Bend, Indiana
November 1994

Rehabilitation Following Spinal Cord Injury
Elkhart General Hospital
March 1993

Traumatic Brain Injury: An Overview
Medical Grand Rounds
Elkhart General Hospital
December 1992

Rehabilitation Issues Following Spinal Cord Injury
Rehabilitation Center
South Bend, Indiana
June 1992

Multiple Sclerosis
Rehabilitation Center
St. Joseph Regional Medical Center

LINA 05

South Bend, Indiana
October 1991

Post Traumatic Series
TBI Support
St. Joseph County
August 1991

Spinal Cord Injury
Family Practice Residents
St. Joseph Regional Medical Center
South Bend, Indiana
March 1991

Reflex Sympathetic Dystrophy
State of the Art Review
Center for Industrial Rehabilitation
St. Joseph Regional Medical Center
Mishawaka, Indiana
September 1991

An Innovative Supramalleolar Ankle/Foot Orthosis;
Posterior Presentation
American Academy of Physical Medicine and Rehabilitation
Phoenix, Arizona
October 1990

Cortical Dysphonia
Illinois Society of Physical Medicine and Rehabilitation
Resident Regional Research Conference
Participant
September 1989

Health Policy Legislation Grand Round Presentation
Rehabilitation Institute of Chicago
July 1990

The Musculocutaneous Nerve
Electromyography Lecture Series
Rehabilitation Institute of Chicago
April 1989

Katz, RT, Bernard K, Graham TA
Cortical Dysphonia as a Manifestation of Diffuse Encephalopathy
Arch Phys Med Rehab, 69: 733, 1998

Cortical Dysphonia: A Manifestation of Diffuse Encephalopathy
Scientific Paper Presentation
American Academy of Physical Medicine and Rehabilitation
Seattle, Washington
October 1988

The Radial Nerve
Anatomy and Kinesiology Lecture Series
Rehabilitation Institute of Chicago
August 1988

LINA 06

Neurotransmitters and Neuropharmacology
Neurophysiology Lecture Series Rehabilitation
Institute of Chicago
July 1988

**ACADEMIC COURSES (partial listing):**

Third International Symposium of Neurotrauma
Toronto, Canada
July 1995
American Academy of Electrodiagnostic Medicine
41st Scientific Meeting
San Francisco, California
October 1994

American Congress of Rehabilitative Medicine
69th Annual Session
American Academy of Physical and Rehabilitation
54th Annual Assembly
San Francisco, California
November 1992

American Congress of Rehabilitation Medicine
68th Annual Session
American Academy of Physical Medicine and Rehabilitation
53rd Annual Assembly
Washington, DC
October 1991

Reflex Sympathetic Dystrophy Clinical Symposium
Tippecanoe Place
South Bend, Indiana
April 1991

American Congress of Rehabilitation Medicine
67th Annual Session
American Academy of Physical Medicine and Rehabilitation
52nd Assembly
Phoenix, Arizona
October 1990

Electromyography and Clinical Neurophysiology
A High Intensity Review
Rehabilitation Institute of Chicago
Northwestern University
March 1990

American Congress of Rehabilitation Medicine
66th Annual Session
American Academy of Physical Medicine and Rehabilitation
51st Assembly
San Antonio, Texas
October 1989

American Association of Electromyography and Electrodiagnosis
36th Annual Scientific Meeting

LINA 07

Washington, DC
September 1989

Association of Academic Physiatrists
Annual Meeting
Scottsdale, Arizona
March 1989

Rehabilitation Sports Medicine
Focus on the Spine in Sports
Rehabilitation Institute of Chicago
Northwestern University-McGaw Medical Center
December 1988

American Congress of Rehabilitation Medicine
65th Annual Session
American Academy of Physical Medicine and Rehabilitation
50th Annual Assembly
Seattle, Washington
November 1988

Medical Classification Workshop
National Wheelchair Athletic Association
Rehabilitation Institute of Chicago
October 1988

Lower and Upper Limb Prosthetics for Physicians and Surgeons
Northwestern University, Department of Prosthetics
April 1988

Lower and Upper Limb Orthotics for Physicians and Surgeons
Northwestern University, Department of Orthotics
October 1987

5/23/2014

# David Hoenig, MD
### Diplomate, American Board of Psychiatry and Neurology, Neurology
### Diplomate, American Board of Psychiatry and Neurology, Pain Medicine

**Education:**

| | |
|---|---|
| July 2005 to June 2006 | **Oregon Health and Sciences University** <br> **Department of Anesthesiology and Peri-Operative Medicine** <br> Portland, Oregon 97239 <br> Pain Management Fellowship |
| August 2004 to June 2005 | **University of Southern California** <br> **Department of Neurology** <br> Los Angeles, California 90033 <br> Neuromuscular Fellowship |
| August 2001 to July 2004 | **University of Southern California** <br> **Department of Neurology** <br> Los Angeles, California 90033 <br> Neurology Residency |
| July 2000 to July 2001 | **University of Southern California** <br> **Department of Internal Medicine** <br> Los Angeles, California 90033 <br> Internal Medicine Internship |
| September 1996 to May 31, 2000 | **Technion ☐Israel Institute of Technology School of Medicine** <br> Haifa, Israel <br> Doctor of Medicine - Graduated with Honors |
| August 1995 to September 10, 1996 | **Touro College** <br> New York, NY 10010 <br> M.A. in Interdisciplinary Biological and Physiological Sciences |
| September 1990 to June 16, 1995 | **University of California, Los Angeles** <br> Los Angeles, CA 90095 <br> Double B.S. in Psychobiology & Political Science (Comparative Governments) |

LINA 09

## Professional Experience

| | |
|---|---|
| January 2012 to Current | **David Hoenig MD, Inc.**<br>Encino, CA<br>President, CEO, Medical Director<br>Providing pain management services through the use of interventional pain management, medication management, and a multidisciplinary approach to pain care. |
| November 2009 to December 2011 | **Kaiser Permanente**<br>Antelope Valley Region, Lancaster, CA<br>Chief of Pain Management (Physician in Charge)<br>Provided outpatient pain management services through the use of interventional pain management, medication management, and a multidisciplinary approach to pain care. Established the pain management department at Kaiser Permanente - Antelope Valley. Administered department operations. |
| September 2006 to September 2009 | **Rancho Mirage Pain Associates**<br>Rancho Mirage, CA<br>Provided outpatient pain management services through the use of interventional pain management, medication management, and a multidisciplinary approach to pain care. Provided in-patient pain services to Eisenhower Medical Center through the use of interventional pain management, epidural management, medication management, and PCA management. |

## Certifications

| | |
|---|---|
| June 2013 | ACLS and BLS recertification |
| November 2012 | American Board of Interventional Pain Physicians Competency Certification in Coding, Compliance, and Practice Management |
| February 2011 | American Board of Interventional Pain Physicians Competency Certification in Controlled Substance Management |
| September 2008 | Diplomate, American Board of Psychiatry and Neurology, Pain Medicine |
| January 2007 | Diplomate, American Board of Psychiatry and Neurology, Neurology |

## Lectures

| | |
|---|---|
| August 2010 | Kaiser Permanente Antelope Valley — Palmdale<br>Medical Staff Quality Improvement CME Lecture<br>Identifying Drug Seeking Behavior in Chronic Pain Patients |
| June 2010 | Kaiser Permanente Antelope Valley — Lancaster<br>Medical Staff Quality Improvement CME Lecture<br>Identifying Drug Seeking Behavior in Chronic Pain Patients |

| | |
|---|---|
| July 2008 | Eisenhower Medical Center<br>Department of Nursing<br>[Pain: Approach, Assessment and Treatment] |
| April 2006 | Veteran Administration NW Pain Network<br>VISN Telecast: Oregon, Washington, Alaska, and Idaho<br>[Basic Principles of Electromyography] |
| April 2006 | Oregon Health and Sciences University<br>Department of Anesthesiology Grand Rounds<br>[Basic Principles of Electromyography] |
| February 2006 | Oregon Health and Sciences University<br>Comprehensive Pain Center Grand Rounds<br>[Pain and Depression] |
| September 2005 | American Association of Medical Assistants - Oregon Chapter<br>Fall Quarter Meeting<br>[Pain Management: Assessment and Treatment] |
| January 2004 | University of Southern California<br>Department of Neurology Grand Rounds<br>[Complex Regional Pain Syndrome] |
| May 2003 | University of Southern California<br>Department of Neurology Grand Rounds<br>[Tuberous Sclerosis] |

**Membership**

American Academy of Neurology
American Society of Interventional Pain Physicians
California Society of Interventional Pain Physicians
International Association for the Study of Pain
International Spine Intervention Society
North American Neuromodulation Society
World Institute of Pain

**Publications**

Hoenig D, [Catastrophic Headache,] In: Sibell DM, Kirsh JR eds. The 5-Minute Pain Management Consult. Philadelphia: Lippincott Williams & Wilkins, 2007. pp 120-121.

Hoenig D, [Cluster Headache,] *5-Minute Pain Management Consult*, Kirsch J and Sibell D, eds. Philadelphia: Lippincott Williams & Wilkins, 2007, pp. 124-125.

LINA 11

## Honors

| | |
|---|---|
| 2002 | USC School of Medicine, Outstanding Teaching Award as a House Officer |
| 1997 – 2000 | Technion School of Medicine: Honors distinction in: Internal Medicine, Pediatrics, Obstetrics and Gynecology, Neurology, Psychiatry, Internal Medicine II (Sub-Internship), Surgery II (Sub-Internship), Pediatrics II (Sub-Internship) |
| 1996 | Touro College Barry Z. Levine Fellowship for Biomedical Education |
| 1994 – 1995 | UCLA Dean's Honor List |
| 1990 | UCLA University Scholarship |
| 1990 | UCLA Alumni Scholarship Candidate |
| 1989 | Veterans Administration Service Award |

## Research Experience

1990 – 1995     Identification of abnormal circuits and neurotransmitters in temporal lobe epilepsy
UCLA School of Medicine, Department of Neurology, Reed Neurological Research Institute
Los Angeles, CA, 1990-1995
Preceptor: Thomas Babb, Ph.D., Professor of Neurology

## Activities

| | |
|---|---|
| 1995 – 2000 | Technion School of Medicine, President of the Class of 2000 |
| 1995 – 2000 | Technion School of Medicine, Administrative Liaison |

## Personal

Born in Los Angeles, CA. Raised in Seal Beach, CA. Hobbies include: traveling (toured throughout the United States, Europe, and the Middle East), reading about international geopolitical relations, trivia, performing arts, cinema, and trying exotic foods. Dog lover.



**NORTHWEST SPINE & PAIN MEDICINE**

Jamie Lewis MD
10511 W. Aero Rd, Suite 1
Spokane, WA 99223
Ph. 509.464.6208
Fx. 888.316.1928

### Professional Work History
Spine Team Spokane, WA  08/2007– 12/2010
Northwest Spine and Pain Medicine 1/2011 - Present

### Certification and Licensure
Medical License, Washington State, active
Medical License, Idaho State, active
Medical License, California State, active
American Board of Physical Medicine and Rehabilitation, Certified June 2007
American Board of Physical Medicine and Rehabilitation, Pain Medicine Sub specialty, Certified May 2008

### Professional Memberships
Washington Medical Association
Spokane Medical Association

### Research & Presentations
Pharmaceutical Research Subinvestigator 2006-Current
Study to Evaluate the Efficacy and Safety of Lenalidamide in the Treatment of Painful Lumbar Radiculopathy, Multicenter, Double-Blind, Placebo-Controlled Study to Evaluate the Efficacy and Safety of Lenalidamide in the Treatment of Complex Regional Pain Syndrome Type 1, Multicenter, Double-Blind, Placebo-Controlled
Study of Modafinil and Morphine in Patients with Excessive Daytime Sleepiness due to High-Dose Opioid Therapy, Double-Blind, Randomized, Placebo-Controlled

"Medical Gross Anatomy Clinical Correlates of Gross Anatomy with Musculoskeletal Medicine", lecture, Loma Linda University School of Medicine, September 2004

"Cognitive Efficacy of Modafinil (Provigil) in Traumatic Brain", Loma Linda University Department of Physical Medicine & Rehabilitation, 2005-present

"Efficacy of Intrathecal Baclofen Pump on Treating Spasticity in Various Patient Populations", internal study, Loma Linda University Department of Physical Medicine & Rehabilitation, 2001

"Cloning of HINDI III Restriction Endonuclease System into Yeast", Loma Linda University Department of Microbiology, 1999

### Post Graduate Training
Loma Linda University School of Medicine, Loma Linda, CA MD, 2002

### Education
Loma Linda University School of Medicine, Loma Linda, CA, 1998 – 2002, M.D.
University of California, Riverside, CA, BS, 1998

# Lloyd James Thurston, DO, CIME

Home:
14821 Nighthawk Lane
Broomfield, Colorado
Phone: (c) 319-621-6781

Work: Occupational Medicine
**Arbor Occupational Medicine**
290 Nickel Drive
Broomfield, Colorado 80023
Phone: (303)-460-9339
Fax: (303)-460-7443

IMEs, Chart/Record Reviews, 2nd Opinions
**THURSTON IME & Record Reviews, LLC**
14821 Nighthawk Lane
Broomfield, CO
Phone: 720-446-0931
email: lloyd.thurston.7@gmail.com

EDUCATION:
  Marshalltown High School, Marshalltown, Iowa, graduated 5/1970
National Merit Finalist
  University of Iowa, Iowa City, Iowa
BS, Pre-med, 1974, 1 year of postgraduate training 1975
  College of Osteopathic Medicine and Surgery (Des Moines University)
DO degree, 1978

PROFESSIONAL TRAINING;
  Osteopathic "rotating" internship, Des Moines General Hospital, Des Moines, Iowa 1978-79
  MD, (allopathic) Family Practice Residency, Broadlawns Medical Center, Des Moines, Iowa 1979-1982 (affiliated with the University of Iowa College of Medicine)

CERTIFICATIONS;
  **Diplomate American Board of Family Practice**, 1982
Re-certification 1987, 1993, 1998, 2005, 2013
    American Heart Association Provider:
    Advanced Cardiac Life Support, 1993
    Pediatric Life Support, 1992
    Pediatric Advanced Life Support, 1994
    Basic Life Support, 6/2009
Advanced Certification in Obstetric Emergencies 1995 (ALSO)
American Association of Medical Review Officers
    Certified Medical Review Officer, 1994-2000, 2000-2005, 2005-2010
Federal Aviation Administration Medical Examiner, Class II and III
    Certified 1984
    Re-certified 2/2000, 4/2003, 1/2006

LINA 14

Colorado Level II Full Accreditation to provide impairment evaluations of injured workers 5/28/2009-12/31/2012
AMA Guides to the Evaluation of Permanent Impairment, 6th Edition, 2/6, 2/7 2010
AMA Guides to the Evaluation of Permanent Impairment, 5th Edition, 2/5/2010
Clinical Practice Evidence Based Guidelines Workshop, 2/4/2010
Causation, What Does the Science Say? A Workshop, 2/4/2010
**CIME** (Certified Independent Medical Examiner), certified 6/13/2010
**Colorado Level II Full Accreditation**, (10/20/2012) for **1/1/2013-12/31/2015**

LICENSE:
    State Medical License:
Iowa #1783(inactive)
**Colorado #47792**

DEA Number: AT9086895

MEDICAL PRACTICE:
1. Associates In Family Practice, Marshalltown, Iowa, 2 Family Physician group, 1982-1992
2. Center for Family Medicine, Marshalltown, Iowa 8 Family Physician group, 1992-5/1994
3. Broadlawns Medical Center, Family Practice Residency
Full time teaching faculty and head of the Occupational Med. Dept., 1994-99
4. Clinical Lecturer in the Department of Family Practice of the University of Iowa College of Medicine, 1994-2009
5. Medical Director of the Substance Abuse Treatment Unit of Central Iowa (SATUCI). This is a voluntary position overseeing an outpatient clinic, which evaluates and treats people with substance abuse issues. 1994-2009
6. Private independent contractor, on site occupational medicine, Fisher Controls division of Emerson International, 1992 to 2009 (roughly ½ day on alternate weeks)
7. Private independent contractor, on site occupational medicine, Maytag/Whirlpool (1/2-1 day per week) 2005-2007, until plant closed
8. Medical Director, Occupational Health Clinic, Pella Regional Health Center, Pella, Iowa 50219-1299; 2/1999-5/2009
9. Medical Director, Occupational Health Clinic, Skiff Medical Center, Newton, Iowa 2005 to 5/2009
10. WorkWell Occupational Medicine, Loveland, CO. Physician Provider, 6/1/2009 to 10/3/2013
11. Arbor Occupational Medicine, Broomfield, Boulder and Longmont CO, Physician Provider 11/13/2013 - current

HOSPITAL AFFILIATION:
    Marshalltown Medical and Surgical Center, 3 South 4th Avenue, Marshalltown, Iowa
Active medical staff, 1982-94
Associate staff, 1994-2009
    Broadlawns Medical Center, Des Moines, Iowa
Active staff, 1994-1999
    Pella Regional Health Center, Pella, Iowa
Active staff, 1999-2009
    Skiff Medical Center, Newton, Iowa
Associate staff, 2005-2009

MEDICAL APPOINTMENTS:
    City Health Officer/physician, Marshalltown, Iowa 1982-1994
    Company Physician of many industries, including:
1. Lennox Industries, Marshalltown, Iowa 1982-1994, manufacturer of furnaces and air conditioners
2. Fisher International, Marshalltown, Iowa 1992-2009, UAW union manufacturer of large valves. This is a division of Emerson.
3. Swift Inc., Marshalltown, Iowa, 1982-89 (resigned), pork slaughter and processing plant
4. Packaging Corporation of America, Marshalltown Plant, 1989-1994, corrugated boxes
5. Chicago Northwestern Railroad, Marshalltown, Iowa 1982-1994
6. Cooper Manufacturing, Marshalltown, Iowa, 1982-1994, manufacturer of gaskets
7. Pella Corporation, Pella, Iowa, 1999-2009, manufacturer of doors and windows
8. Vermeer Corp., Pella, Iowa, 1999-2009, manufacturer of farming, trenching, tree equipment
9. 3M Corporation, Knoxville, Iowa, 2001-2009, producer of adhesives
10. Hormel Inc., Knoxville, Iowa, 2000-2009, producer of sausage and processed meats
11. Maytag/Whirlpool Corp., Newton, Iowa 3/2005 to 10/2007, unionized manufacturer of home appliances. Plant closed.

    Heritage Health Plan, HMO, physician member of medical advisory committee, 92-94
    FAA Medical Examiner, Class II and III, 1984-1994, and 2000-2009
    Mental Health Center of Central Iowa, Board of directors, 1987-1991

Marshalltown Medical and Surgical Center, Marshalltown, Iowa
    Physical Therapy Committee, 1982-1994
    Patient Care Evaluation Committee, 1983-86

LINA 16

Improvement of Patient Care Committee, 1986-87
Building Committee, 1990-1994
ICU Committee, 1988-90
Chairman, Department of Medicine, 1989-90
Marshall County Medical Society chapter of Iowa Medical Society, secretary, vice-president, president, 1988-90
Marshall County Red Cross, Board of Directors, 1982-86

TEACHING EXPERIENCE:
Precepted 3rd and 4th year medical students
Mentored 2nd and 3rd year Family Practice residents
Taught physician assistant and nurse practitioner students
I oversaw one full time physician assistant at the clinic in Newton (2005-2009)
**Adjuvent Physician Educator, U. of Iowa,** 1995-2009

SOCIETY AFFILIATIONS:
American College of Occupational and Environmental Medicine (ACOEM)
American Board of Family Practice
American Academy of Family Physicians

PRESENTATIONS:
1. "Occupational Medicine for Family Practice, Overview of Laws and Pitfalls" April 30, 2004. Presentation to graduates of the Broadlawns Hospital/U. of Iowa FP residency.
2. "Importance and Benefits of Occupational Medicine Physician Oversight in Employee Healthcare and Worker's Compensation Injuries." Presentation to the Iowa Hospital Insurance Consortium on 5/26/04.
3. Panel participant discussing workman's compensation issues and experience, answering questions, at Fall Worker's Compensation Program for Servishare/Iowa Hospital Association, 9/23/2008
4. "Back Injury Prevention. Myths and Misunderstandings about Back Pain." City of Loveland Water and Power safety fair. Presentation to employees and managers 9/17/2009.

**MEDICAL TESTIMONY:**
1. Andrew Fernandez v. City and County of Denver, Office of Administrative Courts, State of Colorado, Workers' Compensation #WC 4-799-772. Testified as an expert witness 8/24/2010.
2. Simone Dennison v. Abrar M. Al-Jassaf; Case # 10CV 533, Div. 4, deposition as expert witness 10/27/2010
**Twice in 2010**
3. Pablo Guerrero-Patricio deposition as expert witness 9/16/2011
4. Ken Woodruff v. WalMart, deposition as expert witness 11/29/2011

LINA 17