**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 16-cv-00159-WJM-MEH

DESIREE JOHNSON,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

---

## AMENDED FINAL JUDGMENT

---

Pursuant to and in accordance with the Order on Pending Motions to Amend Judgment, (ECF No. 100), entered by the Honorable William J. Martínez on January 3, 2018, it is

ORDERED that

1. Plaintiff's Motion for Complete Relief (ECF No. 86) is GRANTED IN PART and DENIED IN PART;

2. Plaintiff's Motion for Prejudgment Interest (ECF No. 89) is GRANTED;

3. Final Judgment is entered in favor of Plaintiff and against Defendant as follows:

    a. Plaintiff is entitled to an award of past long-term disability benefits from the date immediately following termination (August 1, 2013) through the date of the Final Judgment

        entered on September 21, 2017;

b.     Plaintiff's long-term disability benefits shall be reinstated as of the date of the Final Judgment entered on September 21, 2017;

c.     Plaintiff shall receive prejudgment interest of 8% on all past-due benefits, compounded annually as to each monthly disability payment unlawfully withheld; and

d.     This case is REMANDED to Defendant for further proceedings regarding the correct amount of monthly benefits payable to Plaintiff, both retroactively and going forward.

Dated at Denver, Colorado, this 4th day of January, 2018.


FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Deborah Hansen
Deborah Hansen, Deputy Clerk